PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00220-AC |
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO RESET COLLATERAL, VACATE CHANGE OF PLEA, AND SET STATUS CONFERENCE |
| v. | |
| SCOTT W. GREEN, | |
| Defendant. | DATE:  March 15, 2021<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Reset Collateral, Vacate Change of Plea, and Set Status Conference is GRANTED. Defendant Scott Green shall be permitted to forfeit collateral in case number 2:20-po-00220-AC in the amount of $100.00, plus a processing fee of $30.00 and a special assessment of $10.00, for a total amount of $140.00, payable on or before September 13, 2021 to the Central Violations Bureau. The change of plea hearing previously scheduled for March 15, 2021 is vacated.

///

///

///

[PROPOSED] ORDER                                1                         U.S. V. SCOTT W. GREEN

The matter is further set for status conference on September 13, 2021 at 9:00 a.m.

    IT IS SO ORDERED.

Dated: March 9, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE